# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY a/k/a WESCO, a Delaware corporation,<br><br>Defendant. | Case No. 2:10-cv-00609-HDM-LRL<br><br>**ORDER GRANTING DEFAULT JUDGMENT AGAINST WESTERN EXPLOSIVES SYSTEMS COMPANY a/k/a WESCO** |

Before the Court is Plaintiffs' Motion for Default Judgment against Defendant Western Explosives Systems Company a/k/a WESCO, a Delaware corporation ("WESCO"). A hearing on Plaintiffs' Motion was held on February 23, 2011, the Honorable Howard D. McKibben presiding. Mr. Adam Segal, Esq. appeared on behalf of the Plaintiffs. No representative/counsel for WESCO appeared.

The Court, having considered the Plaintiffs' Motion and good cause appearing therefore, finds the following:

20052\260\1508273.1                                              1

IT IS HEREBY ORDERED, ADJUDICATED AND DECREED that judgment is entered against WESCO in the amount of $328,525, representing delinquent contributions, liquidated damages, interest, administrative fees, attorney fees and costs, and court costs to the Plaintiffs.

IT IS FURTHER ORDERED that Plaintiffs' request for anticipated attorney's fees and costs of executing the judgment, in the amount of $5,000, is denied without prejudice.

IT IS FURTHER ORDERED that Plaintiffs are granted leave to present future application for postjudgment fees.

DATED this 2nd day of March, 2011.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT COURT JUDGE