# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; AND THE TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>Plaintiffs,<br><br>vs.<br><br>WESTERN EXPLOSIVES SYSTEMS COMPANY a/k/a WESCO, a Delaware corporation,<br><br>Defendant. | Case No. 2:10-cv-00609-HDM-LRL<br><br>ORDER GRANTING<br>**MOTION TO SET ASIDE DEFAULT JUDGMENT AND DISMISS** |

Plaintiffs, Trustees of the Construction Industry and Laborers Health and Welfare Trust; Trustees of the Construction Industry and Laborers Joint Pension Trust; Trustees of the Construction Industry and Laborers Vacation Trust; and the Trustees of the Southern Nevada Laborers Local 872 Training Trust ("Trust Funds") hereby move pursuant to Federal Rule of Civil Procedure 60(b) to set aside the judgment entered against WESCO on March 2, 2011 for $328,525 and dismiss this case. Although Defendant never appeared in this action, the parties have reached a settlement of this case as to the amounts owed, and Defendant has satisfied that

amount. Accordingly, relief from the order is appropriate pursuant to Federal Rule of Civil Procedure 60(b)(5). Except as provided in the settlement, each party is to bear its own fees and costs.

DATED this 18th day of July, 2011.          BROWNSTEIN HYATT FARBER SCHRECK, LLP

By:/s/ Adam Segal
Adam P. Segal, Esq.
Nevada Bar No. 6120
Aaron B. Fricke, Esq.
Nevada Bar No. 11129
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4616
Telephone:(702) 382-2101
Facsimile: (702) 382-8135

Attorneys for Plaintiffs

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

Dated: July 19, 2011

///
///
///
///
///
///
///
///
///

2